UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUSTIN RUSSO,

        Plaintiff,

    v.

DAVID LIVINGSTON, et al.,

        Defendants.

Case No. 25-cv-08887-AMO (PR)

**ORDER DIRECTING CLERK TO CLOSE/TERMINATE ACTION**

Re: Dkt. Nos. 4, 6, 9, 10, 18, 28, 34

Before the Court is Plaintiff Justin Russo's letter dated April 13, 2026 filed in his earlier-filed action, Case No. 25-cv-08884-AMO (PR), in which he states that the instant matter and Case No. 25-cv-08885-AMO (PR) are duplicates of his earlier-filed action. *See* Case No. 25-cv-08884-AMO (PR), Dkt. 29 at 1. Specifically, he states:

> . . . I don't understand why there's 3 different case #s for those when the[y']re all the same case, I sent 3 copies per the court[']s recommendation of the same case inside the same [manila] envelope, so why assign 3 different case #s to each case?

*Id.*

In light of Russo's letter, the Clerk of the Court is directed to **CLOSE/TERMINATE** this action as improvidently opened/filed. No filing fee for this improvidently opened/filed action is due. The Clerk shall also file the complaint in the instant matter, *see* dkt. 1, as the "SECOND SUPPLEMENTAL COMPLAINT" in Case No. 25-cv-08884-AMO (PR). All pending motions are **TERMINATED** as moot, without prejudice to refiling in Case No. 25-cv-08884-AMO (PR), if Russo deems it necessary. Dkts. 4, 6, 9, 10, 18, 28, 34. No further filings will be accepted in this matter as it will be closed. Any filings received by the Clerk in this action will be returned to Russo.

    **IT IS SO ORDERED.**

Dated:  6/18/2026

                                          _____

                                    **ARACELI MARTÍNEZ-OLGUÍN**
                                    **United States District Judge**

*United States District Court*
*Northern District of California*